PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Third Floor
Redwood City, California 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA RIEKER,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, also known as LIBERTY MUTUAL,<br><br>Defendants. | CASE NO. C06-03065 MMC<br><br>(Formerly Alameda County Superior Court Case No. RG-06-261984)<br><br>STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff VICTORIA RIEKER and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, through their respective counsel, that defendant's time to respond to plaintiff's complaint on file in this action shall be and hereby is extended fifteen (15) days, up to and including May 25, 2006.

IT IS SO STIPULATED.

Dated: May 5, 2006

LAW OFFICES OF GEORGE J. ENGLER

By: _____
GEORGE J. ENGLER
ELSA MARIE ENGLER
Attorneys for Plaintiff, VICTORIA RIEKER

RC1/401212.1/RMF          - 1 -          STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT

| | |
|---|---|
| 1  Dated: May 5, 2006 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | |
| 3 | By: _____ |
| 4 | PAMELA E. COGAN |
| | ROBERT M. FORNI, JR. |
| 5 | Attorneys for Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |
| 6 | |
| 7  Dated; May 9, 2006 | |



IT IS SO ORDERED

Judge Maxine M. Chesney

RCI/402212.1/RMF                 - 2 -           STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT