1  KATHRYN C. CURRY (SBN 157099)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Third Floor
3  Redwood City, California 94063
   Telephone: (650) 364-8200
4  Facsimile: (650) 780-1701

5  Attorneys for Defendant,
   LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VICTORIA RIEKER, | CASE NO. C-6-03065 MMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING ADR CUTOFF** |
| vs. | Mediation: September 18, 2006 |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, also known as LIBERTY MUTUAL, | Discovery Cutoff: N/A<br>Motion Cutoff: January 26, 2007<br>Trial: TBA |
| Defendant. | Honorable Maxine M. Chesney |

This action arises from the termination of plaintiff VICTORIA RIEKER's claim for long-term disability benefits under the Alexander & Baldwin, Inc. long-term disability plan ("the Plan"). The Plan is a defined benefit plan subject to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, *et seq*. The long-term disability portion of the Plan was insured by a group disability income policy issued to Alexander & Baldwin, Inc. by defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("Liberty Life"), the claims administrator under the Plan.

On May 23, 2006, the parties, through their respective counsel, agreed to participate in court-sponsored mediation. On May 24, 2006, the court ordered the parties to complete ADR within 90 days (i.e., by August 22, 2006). On June 7, 2006, the court appointed C. Mark Humbert of Green & Humbert to serve as the mediator in this case;

Whereas, the parties have agreed to appear for mediation before Mr. Humbert on

RC1/4112731/RMF       - 1 -       STIPULATION AND [PROPOSED] ORDER
                                  CONTINUING ADR CUTOFF
                                  CASE NO. C-6-03065 MMC

September 18, 2006, the earliest date on which plaintiff, a representative of Liberty Life, the mediator, and counsel for the parties are all available;

**IT IS HEREBY STIPULATED** by and between plaintiff and Liberty Life, through their respective counsel, that the last day for the parties to complete ADR shall be and hereby is continued from August 22, 2006 to September 30, 2006.

**IT IS SO STIPULATED.**

Dated: August __, 2006         LAW OFFICES OF GEORGE J. ENGLER

By: _____
GEORGE J. ENGLER
ELISA M. ENGLER
Attorneys for Plaintiff, VICTORIA RIEHER

Dated: August 18, 2006         ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
KATHRYN C. CURRY
ROBERT M. FORNI, JR.
Attorneys for Defendant, LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON

**ORDER**

**IT IS SO ORDERED.**

Dated: August 21, 2006         _____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE